

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-18-00823-CR

Jake Eric **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-04-12822-CR
Honorable Camile Glasscock Dubose, Judge Presiding

## O R D E R

The appellant's brief is due to be filed in each of these appeals on January 2, 2019. Appellant's attorney has filed an unopposed motion for extension of time to file the brief requesting a sixty-day extension of time due to his workload. This court generally grants extensions in thirty-day increments; however, the motion is GRANTED. Because this order grants a sixty-day extension, **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by March 2, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court